[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-13093
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 27, 2012
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00469-JSM-TGW-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LETICIA SANTOS-GARCIA,
a.k.a. Leticia Santos,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 27, 2012)

Before EDMONDSON, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Kyle Fletcher, appointed counsel for Leticia Santos-Garcia in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Santos-Garcia's conviction and sentence are **AFFIRMED**.